C-13-15(c)(ECF)
(Rev. 11/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

In Re: )  **Motion and Order**
TURNER, ADRIENNE TREVETTE    xxx-xx-6727  )  **Chapter 13**
809 GREEN OAKS STREET )
GREENSBORO, NC  27401-4894 )  No: 10-12069 C-13G
 )
          Debtor )

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

This plan was confirmed January 26, 2011.  By Order of the Court dated March 2, 2011, the Debtor is required to pay plan payments before closing of the Chapter 13 Office not later than the last business day of each month, with failure of the Debtor to comply with the Court ordered plan payment schedule during the period of February 2011 through and including July 2011 to result in an automatic dismissal of the case.  The Debtor has failed to comply with the plan payment requirements and is in default in plan payments.  The Trustee recommends that an Order be entered dismissing the Debtor from Chapter 13.

Date:  March 17, 2011                                            s/Anita Jo Kinlaw Troxler
AJKT:gp                                                          Standing Trustee
-------------------------------------------------------------------------------------------------------------------------------

## ORDER

Upon motion of the Standing Trustee and for good cause shown, it is

ORDERED that the relief as requested and recommended by the Standing Trustee is hereby granted and this case is dismissed; and, it is further

ORDERED that the Clerk mail a copy of this Motion and Order to each of the parties on the attached Parties to be Served list.

PARTIES TO BE SERVED
PAGE 1 OF 1
10-12069 C-13G

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720

ADRIENNE TREVETTE TURNER
809 GREEN OAKS STREET
GREENSBORO NC  27401-4894

JEFFREY P FARRAN ESQ
SUITE 505 SUMMIT GREEN
706 GREEN VALLEY ROAD
GREENSBORO NC  27408

MATTHEW T MCKEE ESQ
2550 W TYVOLA ROAD STE 520
CHARLOTTE NC 28217

US BANK NATIONAL ASSOCIATION
4801 FREDERICA STREET
OWENSBORO KY 42301